FILED
April 5, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     NM
           Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>BUEL DEWAYNE SMILEY<br><br>Defendant | Case No: SA:23-CR-00187-OLG<br><br>INDICTMENT<br><br>COUNT ONE: 18 U.S.C. §922(g) Felon in Possession of a Firearm |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 922(g)]

That on or about March 9, 2023, in the Western District of Texas, Defendant

**BUEL DEWAYNE SMILEY**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms, to wit: an Emperor MXP12, 12 gauge shotgun; and a Smith & Wesson SD40 VE, .40 S&W semi-automatic handgun; and said firearms had been shipped and transported in interstate and foreign commerce in violation of Title 18, United States Code, Sections 922(g)(1).

NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

I.
Firearm Violation and Forfeiture Statutes
[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

1

As a result of the criminal violation set forth in Count One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following property:

1. Emperor MXP12, 12 gauge shotgun, bearing serial# 21SRP-921;
2. Smith & Wesson SD40 VE, .40 S&W semi-automatic handgun, bearing serial# FBJ9016; and
3. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR ERIC YUEN
Assistant United States Attorney